UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Chapter 11 No. HK-11-11093
Randall R. Dawson and
Cynthia Dawson                                       Hon. Jeffrey R. Hughes
                    Debtors.
_____/

**STIPULATION TO AMEND ORDER ENTERED APRIL 27. 20012
(DOCKET NO. 42) FILED BY SUNTRUST MORTGAGE, INC.**

NOW COMES Creditor, SunTrust Mortgage, Inc., by and through its attorneys, Trott & Trott, P.C., having previously resolved a motion for relief from the automatic stay through the Stipulation for Pre-Confirmation Adequate Protection Payments and Resolving Motion for Relief From the Automatic Stay (the "Adequate Protection Stipulation") [Docket No. 41] and approved by order of the Court entered on April 27, 2012 (the "Order") [Docket No. 42], along with Debtor(s), Randall R. Dawson and Cynthia Dawson, by and through their attorney, Kurt A. O'Keefe, and the parties having agreed to amend the Order;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.      Upon the effective date of the Debtor's Chapter 11 Amended Plan, the automatic stay provisions of 11 U.S.C. § 362 shall no longer apply to SunTrust in this bankruptcy case.  In the event of a default by the Debtors in the performance of their obligations under their Note and secured by Mortgage on property commonly known as 13575 Main Dr., Harbert, MI 49115-5146, SunTrust shall be authorized to exercise any or all of its state law rights and remedies without further order of the Court;

2.      Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate and maintain payment of real property taxes as required by law

TROTT & TROTT, P.C.
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

Page 1

and contract.

Stipulated and agreed:

_____
Robert J. Shefferly (P67477)
Attorney for SunTrust Mortgage, Inc. as
servicer for DEUTSCHE BANK
TRUST COMPANY AMERICAS AS
TRUSTEE RALI 2007-QS6
4024 Park East Court, Ste. B
Grand Rapids, MI 49546
Phone: (616) 942-0893
Fax: (616) 942-0921
Email: WesternECF@trottlaw.com

_____ w/ permission
Kurt A. O'Keefe (P30718 )
Kurt O'Keefe
1593 Torrey Rd
Grosse Pointe Woods, MI 48236-2330
(313)962-4630

TROTT & TROTT, P.C.
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

Stipulated and agreed:

                                                                                                       _____
Robert J. Shefferly (P67477)
Attorney for SunTrust Mortgage, Inc. as
servicer for DEUTSCHE BANK TRUST
COMPANY AMERICAS AS TRUSTEE
RALI 2007-QS6
4024 Park East Court, Ste. B
Grand Rapids, MI 49546
Phone: (616) 942-0893
Fax: (616) 942-0921
Email: WesternECF@trottlaw.com

_/s/ Kurt A. O'Keefe_____
Kurt A. O'Keefe (P30718 )
Kurt O'Keefe
1593 Torrey Rd
Grosse Pointe Woods, MI 48236-2330
(313)962-4630