UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
Randall R. Dawson and  
Cynthia Dawson  
      Debtors.  
_____/

Chapter 11 No. HK-11-11093

Hon. Jeffrey R. Hughes

### ORDER FOR STIPULATION TO AMEND ORDER ENTERED APRIL 27. 20012 (DOCKET NO. 42) FILED BY SUNTRUST MORTGAGE, INC.

  Creditor, SunTrust Mortgage, Inc., by and through its attorneys, Trott & Trott, P.C., and the Debtor(s), Randall R. Dawson and Cynthia Dawson, by and through their attorney, Kurt A. O'Keefe, having filed with the Court a STIPULATION TO AMEND ORDER ENTERED APRIL 27, 20012 (DOCKET NO. 42) FILED BY SUNTRUST MORTGAGE, INC., with respect to the property located at 13575 Main Dr, Harbert, MI 49115-5146, and the Court being fully advised in the premises;

  IT IS HEREBY ORDERED AS FOLLOWS:

  1.  Upon the effective date of the Debtor's Chapter 11 Amended Plan, the automatic stay provisions of 11 U.S.C. § 362 shall no longer apply to SunTrust in this bankruptcy case. In the event of a default by the Debtors in the performance of their obligations under their Note and secured by Mortgage on property commonly known as 13575 Main Dr., Harbert, MI 49115-5146, SunTrust shall be authorized to exercise any or all of its state law rights and remedies without further order of the Court;

2. Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate and maintain payment of real property taxes as required by law and contract.

**END OF ORDER**