UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

RANDALL R. DAWSON and
CYNTHIA DAWSON,

        Debtors.
_____/

Case No. HK 11-11093
Chapter 11

## ORDER RE: DEBTORS' AND SECURED CREDITORS' JULY 2, 2013 STIPULATION

At a session of said Court of Bankruptcy, held in and for said district on    JUL -9 2013   .

PRESENT:    HONORABLE JEFFREY R. HUGHES
                   United States Bankruptcy Judge

On July 2, 2013, the Debtors and SunTrust Mortgage, Inc. ("Secured Creditor") filed a document entitled "Stipulation to Amend Order Entered April 27, 2012 (Docket No. 42) Filed by SunTrust Mortgage, Inc." (the "July 2, 2013 Stipulation"). The July 2, 2013 Stipulation amends the previous agreement between Debtors and Secured Creditor as approved by this court on April 27, 2012 (DN 42).

The court interprets the July 2, 2013 Stipulation as an agreement subject to FED. R. BANKR. P. 4001(d)(1). The court also interprets the July 2, 2013 Stipulation as including an implicit request to approve the July 2, 2013 Stipulation pursuant to that rule.

Subject to notice and an opportunity to be heard being given as provided in this order, the court approves the July 2, 2013 Stipulation.

Approval of the July 2, 2013 Stipulation is conditioned upon notice being given pursuant to FED. R. BANKR. P. 4001(d)(1). Service of this order and the July 2, 2013 Stipulation shall be made upon the United States Trustee and the creditors included on Debtors' Rule 1007(d) list filed with the court, and upon all secured creditors on Debtors' Schedule D who are not parties to the July 2, 2013 Stipulation by no later than **July 12, 2013**. Any party served who objects to the July 2, 2013 Stipulation may file a written objection with the court on or before **August 2, 2013**.

A hearing will be held concerning any objection to the July 2, 2013 Stipulation on **August 8, 2013 at 1:00 p.m., at the United States Bankruptcy Court, 410 W. Michigan Ave., Room 114, U.S. Courthouse and Federal Bldg., Kalamazoo, MI**. If, however, no timely objection is filed, this order approving the July 2, 2013 Stipulation will be deemed final without further order of the court.

_____  7/5/13
Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been returned to **Robert J. Shefferly, Esq.**, for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.